```
           UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                        Criminal No. 09-cr-180-02-JD

<u>Manuel Guzman-Ovaez</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 21 ) filed by defendant is granted in part.  The continuance is limited to 60 days; Trial is continued to the two-week period beginning 3/16/2010, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                ***<u>Joseph A. DiClerico, Jr.</u>***
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: January 14, 2010


cc:   All Counsel
      U.S. Marshal
      U.S. Probation