UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                          Criminal No. 09-cr-180-02-JD

<u>Manuel Guzman-Ovaez</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 25 ) filed by defendant is granted; Trial is continued to the two-week period beginning May 4, 2010, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            <u>*/s/Joseph A. DiClerico, Jr.*</u>
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: March 9, 2010


cc: Neil Faigel, Esq.
    Mark A. Machera, Esq.
    Jennifer C. Davis, Esq.
    U.S. Marshal
    U.S. Probation