```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

      v.                           Criminal No. 09-cr-180-02-JD

<u>Manuel Guzman-Ovaez</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 35) filed by defendant is granted; Trial is continued to the two-week period beginning October 5, 2010, 9:30 AM.  Trial is also continued as to co-defendant Benjamin Guzman unless an objection is filed on or before August 9, 2010.

Defendant Guzman-Ovaez shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                    */s/ Joseph A. DiClerico, Jr.*
                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

Date: August 5, 2010

cc:  Jennifer Davis, Esq.
     Neil Fagel, Esq.
     Mark A. Machera, Esq.
     U.S. Marshal
     U.S. Probation